**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6484

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PATRICK LEWIS RUDD, a/k/a Louie, a/k/a One-Eyed Louie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Malcolm J. Howard, Senior District Judge. (7:97-cr-00063-H-3)

Submitted: July 31, 2008              Decided: August 8, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick Lewis Rudd, Appellant Pro Se. J. Frank Bradsher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Lewis Rudd appeals from the district court's order denying his motion for relief pursuant to Fed. R. Civ. P. 60(b), in which he sought to receive credit on his federal sentence for time served in state custody before his federal conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rudd, No. 7:97-cr-00063-H-3 (E.D.N.C. Dec. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED